NORMA C. LOEB, RESPONDENT, v. HELEN GURTMAN (ETC.), APPELLANT.

Submitted October 29, 1943—Decided January 27, 1944.

For the respondent, *Charles C. Stalter.*

For the appellant, *Edward R. McGlynn.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, HEHER, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.